UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RAKESH PERSAUD,

Petitioner,

v.                                                    CAUSE NO. 3:26-CV-578-CCB-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

Rakesh Persaud, an immigration detainee representing himself, was granted until June 15, 2026, to file an amended habeas corpus petition because his current petition did not establish a basis for his release. ECF 4. He was cautioned that if he did not respond by the deadline, this case would be dismissed without further notice. *Id.* The deadline has passed with no response.

Therefore, for the reasons given in the court's previous order (ECF 4), the court **DENIES** the petition (ECF 1) under Section 2254 Habeas Corpus Rule 4 and **DIRECTS** the clerk to close this case.

SO ORDERED on June 24, 2026.

     /s/ *Cristal C. Brisco*
     CRISTAL C. BRISCO, JUDGE
     UNITED STATES DISTRICT COURT